IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
| In re | : | Chapter 15 |
| | : | |
| Altos Hornos de México, S.A.B. de C.V., | : | Case No. 16-11890 (KG) |
| | : | |
| Debtor in a Foreign Proceeding. | : | |
| | : | |

------------------------------------------------------------x

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, Erin R. Fay hereby moves for the admission *pro hac vice* of Ji Hun Kim of Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, to represent Altos Hornos de México, S.A.B. C.V. in the above-captioned case and any related proceedings.

Dated: August 16, 2016         MORRIS, NICHOLS, ARSHT & TUNNELL LLP
       Wilmington, Delaware

                                          */s/ Erin R. Fay*
                                          Erin R. Fay (No. 5268)
                                          1201 North Market Street, 16th Floor
                                          P.O. Box 1347
                                          Wilmington, Delaware 19899
                                          Telephone: (302) 658-9200
                                          Facsimile: (302) 658-3989

                                          *Counsel for Altos Hornos de México, S.A.B. de C.V.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and the United States District Court for the Southern District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this proceeding. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: August 16, 2016

*/s/ Ji Hun Kim*
Ji Hun Kim
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: jkim@willkie.com