# SIGN-IN-SHEET

**CASE NAME:** Francisco Javier Gaxiola Fernandez and Altos Hornos de Mexico, S. A. B. de C. V.

**COURTROOM LOCATION:** 3

**CASE NO.:** 16-11890 (KG)

**DATE:** 8/17/16

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam Landis | Landis Rath & Cobb | Plan Supporters |
| Andrew Brozman | Clifford Chance | " |
| Becky Knight | " | " |
| Matthew Lunn | YCST | Foreign Representative |
| Ian Bambrick | YCST | " |
| Marc Abrams | Willkie Farr | Debtor |
| J. Kim | Willkie Farr | Debtor |
| David L. Buchbinder | USTR DoJ | UST |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 08/17/2016
Calendar Time: 11:00 AM ET

*Re-sent Calendar 08/17/2016 05:25 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Francisco Javier Gaxiola Fernandez and Altos Hornos de Mexico, S.A.B. de C.V. | 16-11890 | Hearing | 7788257 | Sarah Campbell | (212) 878-8000 | Clifford Chance US LLP | Interested Party, Plan Support Party / LISTEN ONLY |
| | | Francisco Javier Gaxiola Fernandez and Altos Hornos de Mexico, S.A.B. de C.V. | 16-11890 | Hearing | 7789826 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |

Peggy Drasal ext. 802

Copyright © 2016 CourtCall, LLC. All Rights Reserved.