IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- x
In re                                                                            :         Chapter 15
                                                                                 :
Altos Hornos de México, S.A.B. de C.V.[1]        :         Case No. 16-11890 (KG)
                                                                                 :
Debtor in a Foreign Proceeding.                         :         **Hearing Date:  September 30, 2016, at 11:00 a.m. (ET)**
-------------------------------------------------------- x        **Objection Deadline:  September 14, 2016, at 4:00 p.m. (ET)**

NOTICE OF HEARING ON PETITION UNDER
CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that, on August 16, 2016, Francisco Javier Gaxiola Fernández (the "Foreign Representative"), in his capacity as the duly authorized foreign representative for the above-captioned debtor (the "Debtor"), pursuant to an order entered (the "Lifting Order") in a proceeding (the "SP Proceeding") pending before the First Civil Court of First Instance in Monclova, Coahuila, Mexico under Mexico's Suspension of Payments law, filed a petition [Docket No. 1] (the "Chapter 15 Petition") under chapter 15 of title 11 of the United States Code (the "Bankruptcy Code") commencing the Debtor's chapter 15 case (the "Chapter 15 Case"), which is ancillary to the SP Proceeding.

**PLEASE TAKE FURTHER NOTICE** that, in the Chapter 15 Case, the Foreign Representative has filed the *Verified Petition for (I) Recognition of Foreign Main Proceeding; (II) Enforcement of Lifting Order; and (III) Certain Related Relief* [Docket No. 2] (the "Verified Petition").  A copy of the Verified Petition is attached hereto as Exhibit I.

**PLEASE TAKE FURTHER NOTICE** that, on August 17, 2016, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain order granting provisional injunctive and related relief under sections 105(a) and 1519 of the Bankruptcy Code [Docket No. 17] (the "Provisional Relief Order").  The Provisional Relief Order, among other things, grants, on a provisional basis, certain protections afforded by the Bankruptcy Code, including those protections arising under the automatic stay provided under section 362(a) of the Bankruptcy Code.  A copy of the Provisional Relief Order is attached hereto as Exhibit II.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order Scheduling Hearing and Specifying the Form and Manner of Service and Publication of Notice* entered on August 17, 2016 [Docket No. 18] (the "Form and Manner Order"), the Bankruptcy Court has scheduled a hearing before the Honorable Kevin Gross in Room 3 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware 19801, on September 30, 2016, at 11:00 a.m. (Eastern Time) to consider approval of the Verified Petition and granting of the relief requested therein on a final basis (the "Recognition Hearing"), including recognition of the SP Proceeding as a foreign main proceeding under chapter 15 of the Bankruptcy Code and giving full force and effect to the Lifting Order entered in the SP Proceeding.  A copy of the Lifting Order translated into English is attached hereto as Exhibit III.  The Lifting Order, among other things, approves of the Debtor's general payment agreement and provides for the lifting of the Debtor's suspension of payments in the SP Proceeding.  The proposed final order granting recognition of the SP Proceeding is attached as Exhibit A to the Verified Petition (the "Recognition Order").

---

[1]      The last four digits of the Debtor's U.S. and Mexican taxpayer identification numbers are 0706 and 6U10, respectively. The Debtor's executive headquarters are located at Prolongación Juarez s/n, Col. La Loma, Monclova, Coahuila, Mexico, 25770.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Form and Manner Order, any responses or objections to the Chapter 15 Petition or the Bankruptcy Court's entry of the Recognition Order shall be (i) made in writing, describe the basis therefore, and indicate the nature and extent of the respondent's interests in the Debtor's Chapter 15 Case; (ii) filed with the Office of the Clerk of the Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801; and (iii) served upon (a) Matthew B. Lunn, Esq. and Maris J. Kandestin, Esq., Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, and (b) Andrew Brozman, Esq. and Sarah Campbell, Esq., Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019-6131 on or before September 14, 2016, at 4:00 p.m. (Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that all parties in interest in the Chapter 15 Case that are opposed to the Chapter 15 Petition or the Bankruptcy Court's entry of the Recognition Order must appear at the Recognition Hearing, which hearing may be adjourned from time to time without further notice except for an in-court announcement at the Recognition Hearing or a filing by the Foreign Representative on the docket of the Chapter 15 Case of the date and time to which the Recognition Hearing has been adjourned.

**PLEASE TAKE FURTHER NOTICE** that, due to the fact that a claims process that foreign creditors were eligible to participate in already occurred in the SP Proceeding, with foreign creditors receiving ample notice of all applicable bar dates and related requirements in accordance with the process established in the SP Proceeding, the Foreign Representative does not intend to establish a bar date for filing claims against the Debtor as part of the Chapter 15 Case.

**PLEASE TAKE FURTHER NOTICE** that copies of the Chapter 15 Petition, the Verified Petition, the Provisional Relief Order, the Lifting Order, and certain other pleadings filed in support of the Chapter 15 Petition are available by (i) calling (855) 388-4577, a telephone line established by the Foreign Representative, (ii) accessing the Foreign Representative's website (cases.primeclerk.com/AHMSA15), or (iii) contacting Chad Corazza, paralegal at Young Conaway Stargatt & Taylor, LLP, counsel for the Foreign Representative, at (302) 576-2604.

**PLEASE TAKE FURTHER NOTICE** THAT, IF NO RESPONSES OR OBJECTIONS ARE RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE FOREIGN REPRESENTATIVE AND ENTER THE RECOGNITION ORDER WITHOUT FURTHER NOTICE OR A HEARING.

Dated: Wilmington, Delaware
      August 18, 2016

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ian J. Bambrick*
Matthew B. Lunn (No. 4119)
Maris J. Kandestin (No. 5294)
Ian J. Bambrick (No. 5455)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

*Counsel to the Foreign Representative*

2

01:19163370.2